The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Dennis GREENLEE,
Claimant/Respondent,

v.

DUKES PLASTERING SERVICES
and Insurance Company of North
America, Employer/Appellants.

No. 69932.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

Sylvia WILLIAMS, Appellant,

v.

Susan H. MELLO, Respondent.

No. 68931.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 1, 1996.

Mark D. Hirschfeld, Clayton, for appellant.

Margaret Muserlian Mooney, St. Louis, Susan H. Mello, Clayton, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

Susan M. Kelly, St. Louis, for appellant.

Kenneth A. Leeds, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Employer and Insurer appeal from the award by the Labor and Industrial Relations Commission (Commission) finding them liable to Claimant for a permanent and total disability. We affirm. The order of the Commission is supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).